THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT KANAM, individually and PILCHUCK NATION<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, or his successor,<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary-Indian Affairs, or her successor,<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240.<br><br>Defendants, | Case No. 22-cv-03183-(RBW) |

**DEFENDANTS' NOTICE OF THE ISSUANCE OF DECISION**

Pursuant to the Court's April 20, 2023 Minute Order, the Defendants notify the Court of the issuance of the decision in *Kanam v. Haaland*, Case No. 22-5197 (D.C. Cir.).[1] The Decision is attached to this Notice.

---

[1] To the extent, the Court contemplated that this notice be filed jointly, Defendants made efforts to contact Plaintiffs' counsel concerning this notice but did not receive any response as of the time of the filing of this notice.

Respectfully submitted,

MATTHEW M. GRAVES,
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ _____
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534

Attorneys for Defendant